

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

United States of America

             Plaintiff,

v.                        Case No. 2:09-cr-392 EJG

Muhammed Saeed Malik

             Defendant.

**FILED**
NOV - 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

    I, Jay L. Kanzler Jr., attorney for Muhammed Saeed Malik, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is: 2001 South Big Bend Blvd., St. Louis, MO 63117

| | |
|---|---|
| Firm Name: | Witzel Kanzler Kenney Dimmitt & Kanzler LLC |
| Address: | 2001 South Big Bend Blvd. |
| City: | St. Louis |
| State: | Missouri    ZIP Code: 63117 |
| Voice Phone: | (314) 645-5367 |
| FAX Phone: | (314) 645-5387 |
| Internet E-mail: | jaykanzler@wkllc.com |
| I reside in City: | St. Louis    State: Missouri |

    I was admitted to practice in the State of Missouri on September 27, 1991. I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

    I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: James Goldberg

Firm Name: Bryan Cave LLP

Address: Two Embarcadero Center
Suite 1410

City: San Francisco

State: California        ZIP Code: 94111

Voice Phone: (415) 675-3400

FAX Phone: (414) 675-3434

E-mail: james.goldberg@bryancave.com

Dated: 11/2/2009    Petitioner: Jay L. Kanzler Jr.    */s/ Jay Kanzler*

**ORDER**

IT IS SO ORDERED.

Dated: 11/5/09

JUDGE, U.S. DISTRICT COURT