1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  PETER WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2724

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )  CR. NO. S-09-392 EJG
12         Plaintiff,            )
                                )
13    v.                         )  STIPULATION AND
                                )  ORDER CONTINUING JUDGMENT
14 MUHAMMED SAEED MALIK,         )  AND SENTENCING
                                )
15                              )  Date: 03/12/10
           Defendant.            )  Time: 10:00 a.m.
16                              )  Court: Courtroom 8

17

18      IT IS HEREBY stipulated between the United States of America
19 through its undersigned counsel, Assistant United States Attorney R.
20 Steven Lapham, and defendant MUHAMMED SAEED MALIK, through his
21 undersigned counsel, Jay L. Kanzler, that the judgment and sentencing
22 presently set for March 12, 2010 be continued to **March 19, 2010**.
23      This continuance is necessary because defendant Muhammad Inayat,
24 has yet to obtain a visa so that he may return to the United States
25 for the purpose of entering a guilty plea, a necessary precondition
26 to the sentencing of defendant MALIK.
27 ///
28 ///

1

1  IT IS SO STIPULATED.

2  Dated: March 11, 2010                      /s/ Jay L. Kanzler
                                              JAY L. KANZLER
3                                             Attorney for Defendant
                                              ISA Chicago Wholesale
4

5
   Dated: March 11, 2010                      BENJAMIN B. WAGNER
6                                             United States Attorney

7
                                              by:  /s/ R. Steven Lapham
8                                                 R. STEVEN LAPHAM
                                                  Assistant U.S. Attorney
9

10

11                                            O R D E R

12
   IT IS SO ORDERED.
13
   Dated: 3/15/10
14                                            Edward J. Garcia
                                              Senior United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2